**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CASE NO.:  \*\*\*\***

PAUL ANTHONY SPINELLI,

                Plaintiff,

v.

SUNRAY OPTICAL INC.,

                Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff PAUL ANTHONY SPINELLI by and through his undersigned counsel, brings this Complaint against Defendant SUNRAY OPTICAL INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.　　Plaintiff PAUL ANTHONY SPINELLI ("Spinelli") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Spinelli's original copyrighted Work of authorship after removal of his copyright management information ("CMI") .

2.　　Paul Spinelli's experience includes 36 years in the sports, publishing, and photography business, including 16 years as Director of Photography for the National Football League and its three million image library. He continues to coordinate photography projects for Major League Baseball and other sports leagues, and multiple other entertainment, television, and architectural companies

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

3.      Defendant SUNRAY OPTICAL INC. ("Sunray"), formerly doing business as Heavyglare Eyewear, is a Minnesota-based eyewear company located in Burnsville, specializing in custom prescription sunglasses and specialty eyewear. Founded in 1999, the company is known for its expertise in wrapped and high-performance lenses designed for sports, outdoor activities, driving, and everyday use. Heavyglare combines in-store personalization with online sales, offering advanced digital lens surfacing, customized frame fitting, and solutions for customers with complex prescriptions or specific needs such as dry eye or color-vision enhancement..   At all times relevant herein, Sunray owned and operated the internet website located at the URL https://heavyglare.com/ (the "Website").

4.      Spinelli alleges that Sunray copied Spinelli's copyrighted Work from the internet in order to advertise, market and promote its business activities.  Sunray committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Sunray's business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Sunray is subject to personal jurisdiction in Minnesota.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Sunray engaged in infringement in this district, Sunray resides in this district, and Sunray is subject to personal jurisdiction in this district.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

**DEFENDANT**

9.     Sunray Optical Inc. is a Minnesota Corporation, with its principal place of business at 14055 Grand Ave, Ste G, Burnsville, Minnesota, 55337, and can be served by serving its Registered Office, 14055 Grand Ave, Ste G, Burnsville, MN 55337.

**THE COPYRIGHTED WORK AT ISSUE**

10.     In 2005, Spinelli created the photograph entitled "53256849PS084_Giant_Raidr," which is shown below and referred to herein as the "Work."



11.     At the time Spinelli created the Work, Spinelli applied CMI to the Work consisting of "Copyright ©Paul Anthony Spinelli" in the middle of the image.

12.     Spinelli registered the Work with the Register of Copyrights on April 11, 2013 as part of a group registration.  The Group Registration was assigned registration number VA 1-866-726.  The Certificate of Registration is attached hereto as **Exhibit 1**.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

13.    At all relevant times Spinelli was the owner of the copyrighted Work.

**INFRINGEMENT BY SUNRAY**

14.    Sunray has never been licensed to use the Work for any purpose.

15.    On a date after the Work at issue in this action was created, but prior to the filing of this action, Sunray copied the Work.

16.    On or about June 13, 2025, Spinelli discovered the unauthorized use of his Work on the Website.

17.    Sunray copied Spinelli's copyrighted Work without Spinelli's permission.

18.    After Sunray copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its optical goods business.

19.    Sunray copied and distributed Spinelli's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20.    Sunray committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21.    Spinelli never gave Sunray permission or authority to copy, distribute or display the Work for any purpose.

22.    Spinelli notified Sunray of the allegations set forth herein on June 26, 2025 and July 11, 2025.  To date, the parties have failed to resolve this matter.

23.    When Sunray copied and displayed the Work, Sunray removed Spinelli's CMI from the Work.

24.    Spinelli never gave Sunray permission or authority to remove CMI from the Work.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

COUNT I
**COPYRIGHT INFRINGEMENT**

25.     Spinelli incorporates the allegations of paragraphs 1 through **Error! Reference source not found.** of this Complaint as if fully set forth herein.

26.     Spinelli owns a valid copyright in the Work.

27.     Spinelli registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28.     Sunray copied, displayed, and distributed the Work and made derivatives of the Work without Spinelli's authorization in violation of 17 U.S.C. § 501.

29.     Sunray performed the acts alleged in the course and scope of its business activities.

30.     Defendant's acts were willful.

31.     Spinelli has been damaged.

32.     The harm caused to Spinelli has been irreparable.

COUNT II
**REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION**

33.     Spinelli incorporates the allegations of paragraphs 1 through **Error! Reference source not found.** of this Complaint as if fully set forth herein.

34.     The Work at issue in this case contains CMI.

35.     Sunray knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

36.     Sunray committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Spinelli's rights in the Work at issue in this action protected under the Copyright Act.

5
**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

37.     Sunray caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Spinelli's rights in the Work at issue in this action protected under the Copyright Act.

38.     Spinelli has been damaged.

39.     The harm caused to Spinelli has been irreparable.

WHEREFORE, the Plaintiff PAUL ANTHONY SPINELLI prays for judgment against the Defendant SUNRAY OPTICAL INC. that:

a.     Sunray and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b.     Sunray be required to pay Spinelli his actual damages and Defendant's profits attributable to the infringement, or, at Spinelli's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c.     Spinelli be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.     Spinelli be awarded pre- and post-judgment interest; and

e.     Spinelli be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Spinelli hereby demands a trial by jury of all issues so triable.

Dated: June 1, 2026                    Respectfully submitted,

                                        /s/ H. Alan Kantrud
                                        H. ALAN KANTRUD
                                        MN Attorney ID: 0281086
                                        hakantrud@protonmail.com

6
**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

P.O. Box 515
Willernie, MN 55090
612.743.4242 – Telephone

*Counsel for Plaintiff Paul Anthony Spinelli*

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE